IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | |
|---|---|
| **COMFORT KAAKYIRE,** et al | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : Case No: 8:13-cv-02347-DKC |
| | : |
| **KING BUICK GMC, LLC**, et al. | : |
| | : |
| Defendants. | : |

## DEFENDANTS' MOTION TO DISMISS FEDERAL CLAIMS AND TO ABSTAIN

Defendants King Buick GMC, LLC ("**King Buick GMC**") and Defendants King Lincoln, Inc., King Auto of Silver Spring, LLC, King Vehicles, LLC, King Hagerstown Motors, LLC, and King Volkswagen, LLC (the "**Unrelated Defendants**"), by and through their attorneys Carr Maloney P.C and Wortman & Nemeroff, P.A., hereby move for dismissal of Plaintiffs' federal claims pursuant to Federal Rules of Civil Procedure 9 and 12 because there is not subject matter jurisdiction in this Court, the Amended Complaint fails to state a cause of action, and for the reasons more fully set forth in the attached Memorandum of Points and Authorities.  Should the Court determine that the federal claims are adequately pled, Defendants move the Court to abstain from exercising its jurisdiction and dismiss the Complaint.

For these reasons, Defendants King Buick GMC, LLC, King Lincoln, Inc., King Auto of Silver Spring, LLC, King Vehicles, LLC, King Hagerstown Motors, LLC, and King Volkswagen, LLC respectfully request that their Motion be granted.

|  | Respectfully submitted, |
|---|---|
| **Carr Maloney P.C.** | **Wortman & Nemeroff, PA** |
| */s/ Paul J. Maloney* | */s/ Steven M. Nemeroff (with permission)* |
| Paul J. Maloney (Fed Bar No. 02026) | Steven M. Nemeroff (Fed Bar No. 03956) |
| Andrew M. Williamson (Fed Bar No. 18721) | 4710 Bethesda Avenue |
| 2000 L Street, NW | Suite 203 |
| Suite 450 | Bethesda, Maryland 20814 |
| Washington, D.C. 20036 | (301) 986-5200 |
| (202) 310-5500 |  |

## REQUEST FOR HEARING

Defendants request a hearing on all issues raised herein.

*/s/ Paul J. Maloney*
Paul Maloney, Esquire

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing Motion to Dismiss Federal Claims and to Abstain, Memorandum of Points and Authorities, Exhibits and Order was e-filed and electronically served, this 12th day of November, 2013 to:

Richard S. Gordon, Esquire
Stacie F. Dubnow, Esquire
Gordon & Wolf, Chtd.
102 West Pennsylvania Avenue, Suite 402
Baltimore, Maryland 21204
*Counsel for Plaintiff*

Mark H. Steinbach, Esquire
O'Toole Rothwell
1350 Connecticut Avenue, NW
Suite 200
Washington, D.C. 20006
*Counsel for Plaintiff*

*/s/ Paul J. Maloney*
Paul Maloney, Esquire