IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | |
|---|---|
| **COMFORT KAAKYIRE** , et al. | : |
| Plaintiffs, | : |
| v. | : Case No: 8:13-cv-02347-DKC |
| **KING BUICK GMC, LLC**, et al. | : |
| Defendants. | : |

### DEFENDANTS' KING LINCOLN, INC., KING AUTO OF SILVER SPRING, LLC, KING VEHICLES, LLC, KING HAGERSTOWN MOTORS, LLC, AND KING VOLKSWAGEN, LLC's MOTION TO DISMISS OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

Defendants King Lincoln, Inc., King Auto of Silver Spring, LLC, King Vehicles, LLC, King Hagerstown Motors, LLC, and King Volkswagen, LLC (collectively referred to as the **"Unrelated Defendants"**), by and through their attorneys Carr Maloney P.C and Wortman & Nemeroff, P.A., file this Motion to Dismiss pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) on the grounds that the Amended Complaint fails to state a cause of action. In the alternative, the Unrelated Defendants file a Motion for Summary Judgment pursuant to Federal Rules of Civil Procedure 56.  The Unrelated Defendants incorporate the Memorandum of Points and Authorities attached hereto in support of this motion. For the reasons set forth herein, the Unrelated Defendants respectfully request that their Motion be granted and Plaintiffs' Amended Complaint be dismissed with prejudice.

Respectfully submitted,

| **Carr Maloney P.C.** | **Wortman & Nemeroff, PA** |

/s/ Paul J. Maloney_____    /s/ Steven M. Nemeroff (with permission)
Paul J. Maloney (Fed Bar No. 02026)      Steven M. Nemeroff (Fed Bar No. 03956)
Andrew M. Williamson (Fed Bar No. 18721) 4710 Bethesda Avenue
2000 L Street, NW                        Suite 203
Suite 450                                Bethesda, Maryland 20814
Washington, D.C. 20036                   (301) 986-5200
(202) 310-5500

## REQUEST FOR HEARING

Defendants request a hearing on all issues raised herein.

/s/ Paul J. Maloney_____
Paul Maloney, Esquire

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing Motion to Dismiss or in the Alternative for Summary Judgment, Memorandum of Points and Authorities, Exhibits, and Order were e-filed and electronically served this 12th day of November 2013 to:

Richard S. Gordon, Esquire
Stacie F. Dubnow, Esquire
Gordon & Wolf, Chtd.
102 West Pennsylvania Avenue, Suite 402
Baltimore, Maryland 21204
*Counsel for Plaintiff*

Mark H. Steinbach, Esquire
O'Toole Rothwell
1350 Connecticut Avenue, NW
Suite 200
Washington, D.C. 20006
*Counsel for Plaintiff*

/s/ Paul J. Maloney_____
Paul Maloney, Esquire